UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**LISA A. AMMANN**,

        Plaintiff,

   v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security**,

        Defendant.

Case No. 6:15-cv-02230-KI

JUDGMENT

    Sherwood J. Reese
    Drew L. Johnson, P.C.
    1700 Valley River Dr.
    Eugene, OR 97401

        Attorneys for Plaintiff

    Billy J. Williams
    United States Attorney
    District of Oregon

Page 1 - JUDGMENT

Janice E. Hebert
Assistant United States Attorney
1000 SW Third Ave., Ste. 600
Portland, OR 97204

Erin F. Highland
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

       Attorneys for Defendant

KING, Judge:

The decision of the Commissioner is reversed.  This action is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

DATED this   15th   day of November, 2016.


       /s/ Garr M. King
      Garr M. King
      United States District Judge